UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FRANEQUA JONES** | **CIV. ACTION NO. 3:22-05312** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LINCOLN PARISH DETENTION CENTER COMMISSION, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 69] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant, Lincoln Parish Sheriff's Office's Motion To Dismiss For Failure To State A Claim Upon Which Can Be Granted [Doc. No. 51] is **GRANTED**, and that Plaintiff Key'zarious Jones' claims against said Defendant only are hereby **DISMISSED, WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

MONROE, Louisiana, this 17th day of August 2023.

_____
Terry A. Doughty
United States District Judge